# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. VON VILLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. PALLARES,<br><br>　　　　Defendant. | 1:13-cv-01869-LJO-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO RESPOND TO FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 20, 21, 22)<br><br>30-DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is seeking an extension of the time to February 19, 2015 to file objections to the findings and recommendations issued on December 15, 2014. Plaintiff reports he has not been able to complete the needed research in time to respond. Good cause appearing, the Court **ORDERS**:

　　　Plaintiff is granted until February 19, 2015 to file objections to the findings and recommendations.

IT IS SO ORDERED.

　Dated:　**January 29, 2015**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE