# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. VON VILLAS,<br><br>              Plaintiff,<br><br>      v.<br><br>M. PALLARES, et al.,<br><br>              Defendants. | **Case No.  1:13-cv-01869-LJO-JLT (PC)**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 51)** |

Plaintiff, Robert A. Von Villas, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 2, 2016, the parties submitted a fully executed stipulation for voluntary dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the parties to bear their own litigation costs and attorney's fees.  (Doc. 51.)

In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated:   __December 5, 2016__          _____/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES CHIEF DISTRICT JUDGE